JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*eXp Realty, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE HENDERSON, | Case No. 3:21-cv-00275-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EXP REALTY, LLC, | |
| Defendant. | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Leslie Henderson ("Plaintiff"), through her counsel Law Office of Mark Mausert, and Defendant eXp Realty, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have a 21-day extension up to and including Tuesday, August 3, 2021, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint is currently due on July 13, 2021

2. Due defense counsel's recent retention, Defendant requires additional time to investigate Plaintiff's allegations before responding to the Complaint.

3. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 13th day of July, 2021.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mark Mausert* <br> MARK MAUSERT, ESQ. <br> Nevada Bar No. 2398 <br> 729 Evans Avenue <br> Reno, Nevada 89152 <br><br> *Attorney for Plaintiff* <br> *Leslie Henderson* | */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 South Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *eXp Realty, LLC* |

**ORDER**

IT IS SO ORDERED:

_William G. Cobb_____
United States Magistrate Judge

Dated: _July 14, 2021_____

4828-7612-6449, v. 1