1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12  LESLIE HENDERSON,                           Case No.: 3:21-cv-00275-ART-CSD

13                    Plaintiff,

14  vs.                                          **ORDER APPROVING
                                                 STIPULATION TO DISMISS**
15  EXP REALTY, LLC,                             **WITH PREJUDICE**

16                    Defendant.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

IT IS HEREBY STIPULATED by and between Plaintiff LESLIE HENDERSON and Defendant EXP REALTY, LLC, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 14th day of July, 2022.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 14th day of July, 2022.
JACKSON LEWIS P.C.

 /s/ Joshua Sliker
JOSHUA A. SLIKER, ESQ.
HILARY A. WILLIAMS, ESQ.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: July 15, 2022.

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

2.